54resp.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED JUN 20 2005

Henry Marshall Bailey,  )
                        )
         Petitioner,    )
                        )         **ORDER REQUIRING ANSWER**
    v.                  )         **FROM RESPONDENT**
                        )
Don Wood, Superintendent, )
                        )         Case No.
         Respondent.    )
                                  **1:05CV00561**

Petitioner, a prisoner of the State of North Carolina, submitted through counsel a petition pursuant to 28 U.S.C. § 2254, together with the five dollar filing fee. The Clerk of Court received the submission on June 13, 2005. Petitioner's motion for leave to proceed in forma pauperis is incomplete and not on the proper form, and will be denied. Accordingly,

**IT IS ORDERED** that respondent shall file an answer with this Court, pursuant to Rules 4 and 5, Rules Governing Section 2254 Cases, within forty (40) days from the entry of this Order.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to proceed in forma pauperis be denied.

_____
United States Magistrate Judge

June 20, 2005